504 Pa. 506 (1984)
475 A.2d 741
COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE, BOARD OF FINANCE AND REVENUE
v.
PROVIDENCE WASHINGTON INSURANCE COMPANY (Appellant at No. 40) and Affiliated F.M. Insurance Company (Appellant at No. 41).
Supreme Court of Pennsylvania.
Argued May 14, 1984.
Decided May 25, 1984.
William A. Fetterhoff, Harrisburg, for appellant.
Robert P. Coyne, Harrisburg, for appellee.

*507 ORDER
PER CURIAM.
Orders affirmed.